COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Brandon Lewis v. Fire Chief Larry DiCamillo, Stafford Fire Marshal's Office, and the City of Stafford

Appellate case number:      01-19-00764-CV

Trial court case number:      19-DCV-260484

Trial court:      434th District Court of Fort Bend County

Appellant, Brandon Lewis, has filed a motion to extend time to file appellant's brief. Appellant's brief is due 30 days after the later of the date the clerk's record or reporter's record is filed. TEX. R. APP. P. 38.6(a). The clerk's record was filed on October 29, 2019. The reporter's record was filed on November 19, 2019, after appellant filed his motion to extend time. Thus, appellant's brief is not yet due and his motion to extend time is premature. Appellant's brief is due on December 19, 2019, which is 30 days after the reporter's record was filed. Accordingly, we **dismiss** appellant's motion as moot.

It is so ORDERED.

Judge's signature:      /s/ Evelyn V. Keyes
       ☑ Acting individually     ☐ Acting for the Court

Date:    November 26, 2019